# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA,**

      Plaintiff,

   -vs-             **Case No. 03-CR-206**

**ARTEMIO PENA,**           **USCA 04-1854**

      Defendant.

## DECISION AND ORDER

   The above-captioned case was remanded by the Seventh Circuit Court of Appeals to this Court with direction to act according to the guidance outlined in the case of *United States v. Paladino,* 401 F.3d 471, 7th Cir. (Ill), Feb. 25, 2005.

   The Court pursuant to *Paladino* requested briefing on the issue of whether the Court should or would, if required to resentence the defendant, impose the original sentence or a different one.

   The Court has read the submissions and finds that a full remand is not necessary. On full remand, the Court, applying advisory guidelines, would have imposed the original sentence.

   Dated at Milwaukee, Wisconsin, this 20th day of June, 2005.

                **SO ORDERED,**

                <u>s/ Rudolph T. Randa</u>
                **HON. RUDOLPH T. RANDA**
                **Chief Judge**